**No. 09-10343. Jerome McDavis, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5650.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1019, 130 S. Ct. 3476, 177 L. Ed. 2d 1080, 2010 U.S. LEXIS 5194.

**No. 09-10363. In re Roger Mayweather, Petitioner.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5649.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 952, 130 S. Ct. 3396, 177 L. Ed. 2d 317, 2010 U.S. LEXIS 4702.

**No. 09-10455. Vance Hicks, Petitioner v. United States.**

561 U.S. 1051, 131 S. Ct. 51, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5668.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 947, 130 S. Ct. 3373, 176 L. Ed. 2d 1259, 2010 U.S. LEXIS 4439.

**No. 09-10466. Tony B. Alexander, Petitioner v. United States.**

561 U.S. 1051, 131 S. Ct. 51, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5665.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 561 U.S. 1015, 130 S. Ct. 3478, 177 L. Ed. 2d 1072, 2010 U.S. LEXIS 5104.

**No. 09-10585. Damon Elliott, Petitioner v. Department of Agriculture.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5666.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 973, 130 S. Ct. 3430, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4938.

**No. 09-10597. Brandon Rhode, Petitioner v. Hilton Hall, Warden.**

561 U.S. 1050, 131 S. Ct. 49, 177 L. Ed. 2d 1139, 2010 U.S. LEXIS 5635.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 313, 2010 U.S. LEXIS 4639.